**No. 14-1065**

---

**IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

**INSITE VISION INCORPORATED, INSPIRE PHARMACEUTICALS, INC., and PFIZER INC.,**

*Plaintiffs-Appellees*,

v.

**SANDOZ, INC.,**

*Defendant-Appellant*,

and

**SANDOZ GMBH, SANDOZ INDUSTRIAL PRODUCTS S.A.,**

*Defendants*.

---

Appeal from the United States District Court for the District of New Jersey, case no. 3:11-cv-03080-MLC-LHG

---

**UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

---

Pursuant to Rule 26(b) of the Federal Circuit Rules, appellant Sandoz Inc. respectfully moves for a 30-day extension of time, to and including Friday, March 7, 2014, to file its opening brief. Appellant's brief currently is due on Wednesday, February 5, 2014.

This is the second request for an extension of time to file the opening brief for appellant. Counsel previously requested, and this Court granted, a 30-day extension of time. Counsel for appellees has indicated that appellees do not oppose the requested extension.

As set forth in the declaration of Deanne E. Maynard, good cause exists for the requested extension. Counsel has several other matters pending in this Court, the Supreme Court, and other federal courts of appeals. Among other deadlines, counsel currently has a brief for appellant due on January 31, 2014, in *In re Apple Inc.*, No. 14-1002 (Fed. Cir.), and a response to a petition for a writ of certiorari due on February 18, 2014, in *Teva Pharmaceuticals USA, Inc. v. Sandoz Inc.*, No. 13-854 (S. Ct.). Counsel recently filed a petition for a writ of certiorari on January 22, 2014, in *Sandoz Inc. v. Allergan, Inc.*, No. 13-889 (S. Ct.), and a brief for appellants on January 27, 2014, in *Hitachi Consumer Elecs. v. Top Victory Elecs.*, No. 14-1047 (Fed. Cir.). Further, counsel presented oral argument in this Court on January 7, 2014, in *GlaxoSmithKline LLC v. Banner Pharmacaps, Inc.*, Nos. 13-1593, -1594, -1595, -1598 (Fed. Cir.), and on January 9, 2014, in *Ancora Techs., Inc. v. Apple, Inc.*, Nos. 13-1378, -1414 (Fed. Cir.).

For the foregoing reasons, Sandoz respectfully requests that the Court grant an extension of time, to and including March 7, 2014, in which to file its opening brief.

Respectfully submitted,

Dated: January 28, 2014

/s/ Deanne E. Maynard
DEANNE E. MAYNARD
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1888
Tel: (202) 887-8740
Fax: (202) 785-7520

*Counsel for Defendant-Appellant Sandoz Inc.*

**No. 14-1065**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

---

**INSITE VISION INCORPORATED,**
**INSPIRE PHARMACEUTICALS, INC., and PFIZER INC.,**

*Plaintiffs-Appellees*,

v.

**SANDOZ, INC.,**

*Defendant-Appellant*,

and

**SANDOZ GMBH, SANDOZ INDUSTRIAL PRODUCTS S.A.,**

*Defendants*.

---

Appeal from the United States District Court for the District of New Jersey, case no. 3:11-cv-03080-MLC-LHG

---

**DECLARATION OF DEANNE E. MAYNARD IN SUPPORT OF UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

---

I, Deanne E. Maynard, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly licensed to practice law in the District of Columbia and the Commonwealth of Virginia, and I am admitted to practice before

this Court. I am a Partner with the law firm of Morrison & Foerster LLP, counsel of record for appellant Sandoz Inc. ("Sandoz") in this action. I make this declaration in support of Sandoz's motion for an extension of time to file the opening brief for appellant.

2. Sandoz respectfully requests a 30-day extension of time, to and including Friday, March 7, 2014, to file the opening brief for appellant. Appellant's brief currently is due on Wednesday, February 5, 2014. This is the second request for an extension of time to file the opening brief for appellant. Counsel previously requested, and this Court granted, a 30-day extension of time.

3. Counsel has several other matters pending in this Court, the Supreme Court, and other federal courts of appeals. Among other deadlines, counsel currently has a brief for appellant due on January 31, 2014, in *In re Apple Inc.*, No. 14-1002 (Fed. Cir.), and a response to a petition for a writ of certiorari due on February 18, 2014, in *Teva Pharmaceuticals USA, Inc. v. Sandoz Inc.*, No. 13-854 (S. Ct.). Counsel recently filed a petition for a writ of certiorari on January 22, 2014, in *Sandoz Inc. v. Allergan, Inc.*, No. 13-889 (S. Ct.), and a brief for appellants on January 27, 2014, in *Hitachi Consumer Elecs. v. Top Victory Elecs.*, No. 14-1047 (Fed. Cir.). Further, counsel presented oral argument in this Court on January 7, 2014, in *GlaxoSmithKline LLC v. Banner Pharmacaps, Inc.*, Nos. 13-

1593, -1594, -1595, -1598 (Fed. Cir.), and on January 9, 2014, in *Ancora Techs., Inc. v. Apple, Inc.*, Nos. 13-1378, -1414 (Fed. Cir.).

4. Counsel for appellees informed counsel for Sandoz that appellees do not oppose the requested extension.

Executed on this 28th day of January, 2014, in Washington, District of Columbia.

/s/ Deanne E. Maynard
Deanne E. Maynard

**CERTIFICATE OF INTEREST**

Counsel for the appellant Sandoz Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

Sandoz Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:

Novartis AG

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:

Hill Wallack, LLP: Christina L. Saveriano, Eric I. Abraham
Morrison & Foerster LLP: Deanne E. Maynard, Brian R. Matsui, Matthew M. D'Amore, Jessica E. Palmer, James W. Huston, M. Andrew Woodmansee

Dated: January 28, 2014

/s/ Deanne E. Maynard
Deanne E. Maynard

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on January 28, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: January 28, 2014

/s/ Deanne E. Maynard
Deanne E. Maynard