# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————————————

2014-1065

INSITE VISION INCORPORATED,

INSPIRE PHARMACEUTICALS, INC.,

PFIZER INC.,

Plaintiffs – Appellees,

v.

SANDOZ, INC.,

Defendant – Appellant,

SANDOZ GMBH,

SANDOZ INDUSTRIAL PRODUCTS S.A.,

Defendants.

———————————————

Appeal from the United States District Court for the District of New Jersey,
Case no. 3:11-cv-03080-MLC-LHG

———————————————

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO
## FILE APPELLEES' RESPONSIVE BRIEF

———————————————

Pursuant to Federal Circuit Rule 26(b), appellees InSite Vision Incorporated, Inspire Pharmaceuticals, Inc., and Pfizer Inc. (hereinafter "Appellees") respectfully move for a 4-week extension of time, to and including Thursday, June 19, 2014 to file their responsive brief.  Appellees' brief is currently due on Thursday, May 22, 2014.

Appellees have not requested any other extensions in this appeal.  Counsel for appellant has indicated that appellant does not oppose the requested extension.

As set forth in the declaration of Dominick A. Conde, good cause exits for the requested extension.  Counsel has several other matters pending in other federal courts.  Among other things, counsel had been preparing in April 2014 for a May 1, 2014 trial in *Novartis v. Par*, No. 11-cv-1077-RGA (D. Del.) and now has a post-trial brief due on May 23, 2014 for that trial, counsel also has expert reports due on June 2, 2014 in *Novartis v. Noven*, Civ. Nos. 13-527-RGA, 14-111-RGA (D. Del.), and is preparing for depositions noticed in May 2014 in *InSite Vision Incorporated et al. v. Mylan Pharmaceuticals Inc. et al.*, No. 3:13-cv-03720-MLC-LHG (D.N.J).

For the foregoing reasons, Appellees respectfully request that the Court grant an extension of time, to and including June 19, 2014, in which to file their responsive brief.

Dated:    May 9, 2014                          Respectfully submitted,

                                               /s/ Dominick A. Conde

                                               Dominick A. Conde
                                               Fitzpatrick, Cella, Harper & Scinto
                                               1290 Avenue of the Americas
                                               New York, NY 10104
                                               (212) 218-2204

                                               *Attorney for Plaintiffs – Appellees*
                                               *Inspire Pharmaceuticals, Inc. and*
                                               *Pfizer Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

2014-1065

INSITE VISION INCORPORATED,

INSPIRE PHARMACEUTICALS, INC.,

PFIZER INC.,

Plaintiffs – Appellees,

v.

SANDOZ, INC.,

Defendant – Appellant,

SANDOZ GMBH,

SANDOZ INDUSTRIAL PRODUCTS S.A.,

Defendants.

_____

Appeal from the United States District Court for the District of New Jersey,
Case no. 3:11-cv-03080-MLC-LHG

_____

## DECLARATION OF DOMINICK A. CONDE IN SUPPORT OF
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## APPELLEES' RESPONSIVE BRIEF

_____

I, Dominick A. Conde, hereby declare under penalty of perjury to 28 U.S.C.

§ 1746:

1.      I am an attorney duly licensed to practice law in the State of New York and I am admitted to practice before this Court.  I am a Partner with the law firm of Fitzpatrick, Cella, Harper & Scinto and counsel of record for appellees Inspire Pharmaceuticals, Inc. and Pfizer Inc.  I am lead attorney for appellees InSite Vision Incorporated, Inspire Pharmaceuticals, Inc., and Pfizer Inc. (hereinafter "Appellees").  I make this declaration in support of Appellees' motion for an extension of time to file Appellee's responsive brief.

2.      Appellees respectfully request a 4-week extension of time, to and including Thursday, June 19, 2014, to file Appellees' responsive brief.  Appellees' brief is currently due on Thursday, May 22, 2014.  Appellees have not requested any other extensions in this appeal.

3.      Counsel has several other matters pending in other federal courts.  Among other things, counsel had been preparing in April for a May 1, 2014 trial in *Novartis v. Par*, No. 11-cv-1077-RGA (D. Del.) and now has a post-trial brief due on May 23, 2014 for that trial, counsel also has expert reports due on June 2, 2014 in *Novartis v. Noven*, Civ. Nos. 13-527-RGA, 14-111-RGA (D. Del.), and is preparing for depositions noticed in May 2014 in *InSite Vision Incorporated et al. v. Mylan Pharmaceuticals Inc. et al.*, Civil Action No. 3:13-cv-03720-MLC-LHG (D.N.J.).

4.      Counsel for appellant has indicated that appellant does not oppose the requested extension.

Executed on this 9th day of May, in New York, NY.

/s/ Dominick A. Conde

Dominick A. Conde

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, counsel for the Plaintiffs-Appellees Inspire Pharmaceuticals, Inc., and Pfizer Inc. certifies the following:

1. The full name of every party represented by me is:

   Inspire Pharmaceuticals, Inc.

   Pfizer Inc.

2. The names of the real parties in interest represented by me are:

   Oak Pharmaceuticals, Inc.

   Inspire Pharmaceuticals, Inc.

   Pfizer Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by me are:

   Inspire Pharmaceuticals, Inc. is a wholly-owned subsidiary of Oak Pharmaceuticals, Inc. which is a wholly-owned subsidiary of Akorn, Inc. which is a publicly traded company on the NASDAQ stock exchange under the ticker symbol AKRX.  Pfizer Inc. is a publicly traded company on the New York Stock Exchange (NYSE) under the ticker symbol PFE.

4. The names of all law firms and the partners or associates that appeared for the parties represented by us in the trial court, or are expected to appear in this Court, are:

Fitzpatrick, Cella, Harper & Scinto

for Inspire Pharmaceuticals, Inc. and Pfizer Inc.:

    Dominick A. Conde
    Lisa B. Pensabene
    Joshua I. Rothman
    Vishal C. Gupta
    Margaret A. Scoolidge
    Dennis C. Aeling
    Alice Braginsky
    Alyssa B. Monsen


Gibbons P.C.

for InSite Vision Incorporated, Inspire Pharmaceuticals, Inc., and Pfizer

Inc.:

    Sheila F. McShane
    Owen J. McKeon
    Jillian A. Centanni


Dated:   May 19, 2014          Respectfully submitted,

                         /s/ Dominick A. Conde

                         Dominick A. Conde
                         Fitzpatrick, Cella, Harper & Scinto
                         1290 Avenue of the Americas
                         New York, NY 10104
                         (212) 218-2204

                         *Attorney for Plaintiffs – Appellees*
                         *Inspire Pharmaceuticals, Inc. and*
                         *Pfizer Inc.*

# CERTIFICATE OF SERVICE

I certify that I filed the foregoing with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served a copy on counsel, listed below, this 9th day of May, 2014, by the CM/ECF system and email.

David C. Doyle
James W. Huston
M. Andrew Woodmansee
Jeffrey M. David
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125
Email: JHuston@mofo.com
Email: MAWoodmansee@mofo.com

Deanne E. Maynard
Brian R. Matsui
Jessica E. Palmer
**MORRISON & FOERSTER LLP**
200 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202.887.8740
Email: DMaynard@mofo.com
Email: BMatsui@mofo.com
Email: JPalmer@mofo.com

Matthew M. D'Amore
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, NY 10104-0050
Telephone: 212.468.8000
Facsimile: 212.468.7900
Email: MDAmore@mofo.com

*Attorneys for Defendant-Appellant Sandoz, Inc.*

Dominick A. Conde
Name of Counsel

/s/ Dominick A. Conde
Signature of Counsel

**Law Firm:** Fitzpatrick, Cella, Harper & Scinto
**Address:** 1290 Avenue of the Americas
**City, State, ZIP:** New York, NY 10104
**Telephone Number:** (212) 218-2204
**FAX Number:** (212) 218-2200
**E-mail Address:** dconde@fchs.com